**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ARTEM BELOV AND BELART HOLDING &
TRADE GMBH,

                             Petitioners,                 24 **CIVIL** 9372 (MKV)

      -against-                                      **JUDGMENT**

ILUSTRATO   PICTURES   INTERNATIONAL,
INC. d/b/a ILUS INTERNATIONAL,

                                Respondent.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated January 21, 2026, Petitioner's Renewed Motion is granted and judgment is entered for Petitioners confirming the Award; accordingly, the case is closed.

**Dated**: New York, New York
       January 23, 2026

                                    **TAMMI M. HELLWIG**
                                    _____
                                     **Clerk of Court**

                    **BY:**             K. mango
                                    _____
                                     **Deputy Clerk**